UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KISHORE JAYAKUMAR,

Plaintiff,

v.

MICHIGAN HEALTH CLINICS, P.C., DAVID STOCKMAN, MAGDALENA PEREZ, and BRIAN HART,

Defendants.

JENNIFER PENNING,

Consolidated Defendant.
_______________________________/

Case No. 1:26-cv-11779
Hon. Michael C. Martin
Mag. Judge Patricia T. Morris

(Case No. 1:26-cv-13091)

**ORDER DIRECTING PARTIES TO REFILE PLEADINGS**

On June 26, 2024, Plaintiff Kishore Jayakumar filed a complaint against Defendants Michigan Health Clinics, P.C., David Stockman, Magdalena Perez, and Brian Hart in the U.S. District Court for the District of Columbia for alleged failure to pay contracted wages and fraudulently inducing work. (ECF No. 1). On May 20, 2026, the motion to transfer that case to the U.S. District Court for the Eastern District of Michigan was granted (ECF No. 3). On September 15, 2026, an order was entered consolidating case no. 26-cv-11779 and case no. 26-13091, both in the U.S. District Court for the Eastern District of Michigan (ECF No. 6).

The Eastern District of Michigan's Clerk's Office policy is to docket only the initial complaint and the order transferring the relevant case. The parties will be directed to refile any pending motions, responses, and replies filed in the U.S. District Court for the District of Columbia that are applicable to the current consolidated case.

Accordingly, it is **ORDERED** that Defendants are **DIRECTED** to **RE-FILE** their answers or responses to the amended complaint.

Parties are **DIRECTED** to **RE-FILE** any pending motions, responses, or replies to pending motions.

Plaintiff is **DIRECTED** to **RE-FILE** any affidavit of default and the Clerk's Office entry of default regarding any defendant, and status reports regarding Defendant Magdalena Perez.

Plaintiff is also **DIRECTED** to file a certificate of service regarding service of the complaint on Defendant Jennifer Penning.

It is further **ORDERED** that the documents and filings should be filed no later than **November 20, 2026**. Parties are to re-file the documents using CM/ECF for the U.S. District Court for the Eastern District of Michigan, using the above heading, assigned case number, and judge.

Dated: October 26, 2026

s/Michael C. Martin
MICHAEL C. MARTIN
United States District Judge