[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 4:26–cv–13091–SDK–PTM Consolidated under Case No. 1:26–cv–11779

This summons for *(name of individual and title, if any)* Jennifer Penning
was received by me on *(date)* 10/23/26

[✓] I personally served the summons on the individual at *(place)* 490A W Zia Rd St 200
on *(date)* 10/28/26 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* ______ a person of suitable age and discretion who resides there,
on *(date)* ______, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______
______ on (date) ______ ; or

[ ] I returned the summons unexecuted because ______ ; or

[ ] Other: *(specify)*: ______

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under the penalty of perjury that this information is true.

Date: ______

Brendan Ford
*Server's Signature*

Brendan Ford
*Printed Name and Title*

35 Camino Justicia Santa Fe NM 87508
*Server's address*

Additional information regarding attempted service, etc.: