UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kishore Jayakumar,

Plaintiff(s),

v.

Case No. 1:26−cv−11779−MCM−PTM
Hon. Michael C. Martin

Michigan Health Clinics, P.C., et al.,

Defendant(s),

**NOTICE OF DETERMINATION OF MOTION WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

Motion to Dismiss − #16

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Michael C. Martin ***without*** oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

Oral Argument May Be Scheduled After the Court Reviews All Pleadings.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K Winslow
Case Manager

Dated: November 18, 2026