UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KISHORE JAYAKUMAR, Plaintiff,
v.
MICHIGAN HEALTH CLINICS, P.C., DAVID STOCKMAN,
MAGDALENA PEREZ, and BRIAN HART, Defendants.
Consolidated with Jayakumar v. Penning, No. 1:26-cv-13091
Case No. 1:26-cv-11779-MCM-PTM
Hon. Michael C. Martin
Magistrate Judge Patricia T. Morris

**NOTICE OF REFILING** OF DISTRICT OF COLUMBIA PAPERS AND IDENTIFICATION OF RELIEF NOT EXPRESSLY DECIDED

Defendant David Stockman, proceeding pro se only in his individual capacity, submits this notice pursuant to the October 26, 2026 Order Directing Parties to Refile Pleadings, ECF No. 8. The order calls for applicable pending motions, responses, and replies from the District of Columbia docket to be refiled by November 20, 2026. The following are true copies of the papers previously filed in Jayakumar v. Michigan Health Clinics, P.C., No. 1:24-cv-01842-ABJ (D.D.C.):

Exhibit A: Stockman's D.D.C. ECF No. 20, motion to strike, transfer, or dismiss the amended complaint, filed November 7, 2025.

Exhibit B: Jayakumar's D.D.C. ECF No. 27, opposition to ECF No. 20, filed November 21, 2025.

Exhibit C: Stockman's D.D.C. ECF No. 28, reply in support of ECF No. 20, filed

November 21, 2025 and entered November 24, 2025.

Exhibit D: Stockman's D.D.C. ECF No. 21, motion for CM/ECF access, filed November 7, 2025.

The D.C. court granted the transfer request in ECF No. 20 on May 20, 2026. D.D.C. ECF No. 46; E.D. Mich. ECF No. 3. That order did not expressly decide the separate requests to strike or dismiss the amended complaint. Exhibit A and the responsive papers are refiled to place those requests and their briefing on this Court's docket as directed by ECF No. 8. Stockman does not seek to reopen the transfer question, and any current decision on the amended complaint should account for the intervening consolidation, bankruptcy proceedings, and this Court's orders. Stockman acts only for himself, not for Michigan Health Clinics, P.C. or another defendant.

The D.C. docket contains no express ruling on ECF No. 21. The requested access concerned that court's electronic filing system. Exhibit D is supplied to identify the procedural history; this notice does not request credentials for the former court or represent that the Michigan court has granted electronic filing privileges.

D.D.C. ECF No. 29 requested expedited treatment of ECF No. 20. The D.C. court addressed expedition in its January 12, 2026 minute order. Stockman does not renew that request by this notice. The two D.C. sanctions motions were denied as premature and are addressed separately as historical papers, not characterized here as pending motions.

Dated: November 20, 2026

Respectfully submitted,
/s/ David Stockman
David Stockman, Defendant, Pro Se, individually
3871 Fortune Boulevard
Saginaw, Michigan 48603
(989) 341-3017
dstockma4@icloud.com